IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

National Photo Group, LLC,                              Case No. 3:13 CV 2009

            Plaintiff,

         v.                                                   O R D E R

Maverick Media LLC,                                  JUDGE JACK ZOUHARY

            Defendant.

Plaintiff filed a Complaint with this Court on September 11, 2013 (Doc. 1) against Defendant Maverick Media LLC.

Under Federal Civil Rule 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." More than 120 days has passed since Plaintiff filed the Complaint.

Plaintiff is granted until January 30, 2014 to show cause why the case should not be dismissed for want of prosecution against Defendant Maverick Media LLC.

IT IS SO ORDERED.

                                                                      /s/ *Jack Zouhary*
                                                                 JACK ZOUHARY
                                                                 U. S. DISTRICT JUDGE

                                                                 January 23, 2014