IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

National Photo Group, LLC,            Case No. 3:13 CV 2009

           Plaintiff,            O R D E R

      -vs-            JUDGE JACK ZOUHARY

Maverick Media, LLC,

           Defendant.

This Court previously filed an Order (Doc. 3) asking Plaintiff to show cause why this case should not be dismissed for want of prosecution. Plaintiff filed a Declaration (Doc. 4) indicating that "counsel's office incorrectly noted the date for expiration of time for service." However, Plaintiff fails to show what efforts, if any, have been made to date to effect service. The 120 days has expired and this Court finds Plaintiff has failed to show good cause for extending the time.

Therefore, this case is dismissed without prejudice.

IT IS SO ORDERED.

           s/ *Jack Zouhary*
           JACK ZOUHARY
           U. S. DISTRICT JUDGE

           January 30, 2014